IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN NATHANIEL BROWN,
    Petitioner

v.

WARDEN OF LSCI ALLENWOOD,
    Respondent

No. 1:19-cv-534

(Judge Kane)

## ORDER

**AND NOW**, on this 17th day of May 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to correct the respondent to this action (Doc. No. 7) is **GRANTED**, and the Clerk of Court is directed to substitute the Georgetown Municipal Court for the respondent in this action;

2. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of South Carolina; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                    s/ Yvette Kane
                                    Yvette Kane, District Judge
                                    United States District Court
                                    Middle District of Pennsylvania